**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Stephen**<br>First name<br>**Barry**<br>Middle name<br>**Lowit**<br>Last name and Suffix (Sr., Jr., II, III) | **Tammy**<br>First name<br>**Lynn**<br>Middle name<br>**Lowit**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-4245** | **xxx-xx-9975** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br>Business name(s)<br>EIN | ■ I have not used any business name or EINs.<br>Business name(s)<br>EIN |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **1023 Colonnade Way**<br>**Alpharetta, GA 30004**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Fulton**<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Stephen Barry Lowit**
Debtor 2 **Tammy Lynn Lowit**
Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one*. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **Innovative Working Solutions, Inc.** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Northern District of Georgia** | When **7/01/21** | Case number, if known | **19-61842** |
| Debtor | **iSymmetry, Inc.** | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When **7/31/19** | Case number, if known | **19-61843** |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Stephen Barry Lowit**
Debtor 2 **Tammy Lynn Lowit**
Case number *(if known)*

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Stephen Barry Lowit**
Debtor 2 **Tammy Lynn Lowit**

Case number *(if known)*

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ■ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **/s/ Stephen Barry Lowit** | **/s/ Tammy Lynn Lowit** |
| **Stephen Barry Lowit**<br>Signature of Debtor 1 | **Tammy Lynn Lowit**<br>Signature of Debtor 2 |
| Executed on **June 29, 2021**<br>MM / DD / YYYY | Executed on **June 29, 2021**<br>MM / DD / YYYY |

Debtor 1 **Stephen Barry Lowit**
Debtor 2 **Tammy Lynn Lowit**

Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ G. Frank Nason, IV**
Signature of Attorney for Debtor

Date **June 29, 2021**
MM / DD / YYYY

**G. Frank Nason, IV 535160**
Printed name

**Lamberth, Cifelli, Ellis & Nason, P.A.**
Firm name

**6000 Lake Forrest Drive, NW**
**Ste. 435**
**Atlanta, GA 30328**
Number, Street, City, State & ZIP Code

Contact phone **404-262-7373** Email address **fnason@lcenlaw.com**

**535160 GA**
Bar number & State

**United States Bankruptcy Court**
**Northern District of Georgia**

In re **Stephen Barry Lowit**
**Tammy Lynn Lowit**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **June 29, 2021**

**/s/ Stephen Barry Lowit**
**Stephen Barry Lowit**
Signature of Debtor

Date: **June 29, 2021**

**/s/ Tammy Lynn Lowit**
**Tammy Lynn Lowit**
Signature of Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

AGR Funding, Inc.
100 Metroplex Drive
Suite 202
Edison, NJ 08817

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
P.O. Box 297804
Fort Lauderdale, FL 33329

Anita Botchway
16694 Periscope Place
Dumfries, VA 22026

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6493

AT&T/Bankruptcy
PO Box 769
Arlington, TX 76004

Atlanta Accountants
3690 Clubland Drive
Marietta, GA 30068

Aubrey Thrasher, LLC
1170 Peachtree Street, NE
Suite 1925
Atlanta, GA 30309

Automated Collection Services
2802 Opreyland Drive
Nashville, TN 37214

Bullhorn
100 Summer Street
17th Floor
Boston, MA 02110

C2C Resources/iSolvers
50 S. Belcher Rd Ste 106
Clearwater, FL 33765-3949

Cambay Consulting, LLC
1838 Snake River Road
Suite A
Katy, TX 77449

Capital Info Group
1400 Corporate Drive
Suite 140
Irving, TX 75038

Caprus IT Inc.
5750 Genesis Ct., Ste. 135
Frisco, TX 75034

CareerBuilder
13047 Collection Center Drive
Chicago, IL 60693

Children's Diagnostic Imaging
P.O. 1205
Indianapolis, IN 46206

Cohen Pollock Merlin Turner
3350 Riverside Parkway
Suite 1600
Atlanta, GA 30339

Colorado Dept. of Revenue
Bankruptcy Section
P.O. Box 17087
Denver, CO 80217-0087

Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

Confiminds LLC
13800 Coppermine Road
Herndon, VA 20171

Data Warehouse Labs, Inc.
1001 Durham Ave., Ste. 306
South Plainfield, NJ 07080

Donato Technologies, Inc.
12100 Ford Road, Ste. B285
Dallas, TX 75234

Ellianse, LLC
2802 Juan Street
#25
San Diego, CA 92110

Enterprise Integrated Solution
12101 Old Pine Way
Herndon, VA 20171

EPR Creations, LLC
PO Box 1333
Franklin, TN 37065

First Consulting Group
4280 Old William Penn Hwy
Monroeville, PA 15146

Freedom Mortgage
P.O. Box 619063
Dallas, TX 75261-9063

Galaxy i Technology
12300 N Northside Blvd. #103
Scottsdale, AZ 85260

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321

Giarmarco, Mullins & Horton
Tenth Floor Columbia Center
101 West Big Beaver Rd
Troy, MI 48084-5280

GPI Parkside, LP
5601 Granite Parkway
Suite 800
Plano, TX 75024

Granite Telecommunications
100 Newport Ave Ext.
Quincy, MA 02171

Hallmark Global Technologies
200 Motor Parkway, Suite D-26
Hauppauge, NY 11788

Harris & Harris, Ltd.
111 West Jackson Blvd.
Suite 400
Chicago, IL 60604

HCL Global Systems Inc.
24543 Indoplex Circle, Suite 2
Farmington, MI 48335

Houzzle Financial, Inc.
3625 Brookside Parkway
Suite 450
Alpharetta, GA 30022

Innovative Working Solutions
1023 Colonnade Way
Alpharetta, GA 30004

Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308

iSymmetry, Inc
1023 Colonnade Way
Alpharetta, GA 30004

iSymmetry, Inc.
2204 Justin Trail
Suite 2
Alpharetta, GA 30004

Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

King Green
1631 Gibbs Drive
Gainesville, GA 30507

Krea Technnology
4701 Patrick Henry Drive
Bldg 25 Ste A
Santa Clara, CA 95054

La Cantera Retail LP
The Shops at La Cantera
SDS-12-2532; PO Box 86
Minneapolis, MN 55486

Lefkoff Rubin Gleason & Russo
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342

Liberte Law
P.O. Box 2189
Edison, NJ 08818

LinkedIn Corporation
1000 West Maude Avenue
Sunnyvale, CA 94085

Luke Pool Service, Inc.
125 Enterprise Drive
#D
Cumming, GA 30040

Mail Finance
Dept. 3682
PO Box 123682
Dallas, TX 75312-3682

Maris, LLC
4920 Atlanta Hwy #330
Alpharetta, GA 30004

Matecun, Thomas & Olson
43570 Garfield
Suite 101
Clinton Township, MI 48038

MERS
P.O. Box 2026
Flint, MI 48501-2026

Michaelangelo's
2204 Justin Trail Ste 1
Alpharetta, GA 30004

Mickey's Pools
216 Mayflower Drive
Woodstock, GA 30188

Miracle Software Systems, Inc.
45625 Grand River Ave
Novi, MI 48374

Monster Worldwide Inc
PO Box 90364
Chicago, IL 60696-0364

Nationwide Credit, Inc.
P.O. Box 15130
Wilmington, DE 19850

Ocala Health
Attn: Patient Records
P.O. Box 406549
Atlanta, GA 30384

On Deck Capital, Inc.
901 N. Stuart Street
Suite 700
Arlington, VA 22203

Pro-Tek Consulting, Inc.
21300 Victory Blvd Ste 240
Woodland Hills, CA 91367

QuickBooks Online (Intuit)
c/o Corporations Service Co
40 Technology Pkwy Ste 300
Norcross, GA 30092

Retirement Plan Administrators
780 Johnson Ferry Road
Ste. 375
Atlanta, GA 30342

Salmon Consulting, LLC
c/o Reg Agt Susan Grissom
6525 Dressage Crossing
Cumming, GA 30040

Sawnee EMC
543 Atlanta Highway
Cumming, GA 30040

Seyfarth Shaw, LLP
1075 Peachtree Street
Suite 2500
Atlanta, GA 30309-1500

Springahead.com
795 Folsom Street
San Francisco, CA 94107

Sterling
P.O. Box 102255
Pasadena, CA 91189-2255

Sunera Technologies
631 E. Big Beaver Road
#109
Troy, MI 48083

Talentwise
PO Box 3876
Seattle, WA 98124-3826

The Decker Law Firm
1102 Springdale Road
Atlanta, GA 30306

The Hartford
PO Box 660916
Dallas, TX 75266

Top Turf
Attn: Collections
P.O. Box 866
Lawrenceville, GA 30046

Transworld Systems, Inc
500 Virginia Drive
Suite 514
Fort Washington, PA 19034

Trinity Consulting Group, Inc.
31500 W. 13 Mile Road
Suite 48334
Farmington, MI 48334

Truist Bank
c/o C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

U-Haul MCO 863
11300 Highway 92
Woodstock, GA 30188

U-Haul MCO 863
11300 Highway 92
Woodstock, GA 30004

Virinchi Technologies, Ltd.
266 Fermwood Avenue
Edison, NJ 08837

Warren Averett
Attn: ATTP
2500 Acton Road
Birmingham, AL 35243

WellStar Health System
805 Sandy Plains Road
Marietta, GA 30066

White Columns HOA
Attn: Donna Brazil
500 Sugarmill Road #200B
Atlanta, GA 30350

Xenon Infotech Inc
2 Kilmer Road
Edison, NJ 08817

Xtrac, IT
8801 JM Keynes Drive Ste 410
Charlotte, NC 28262